UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARIAN WEBB-WILLIAMS                                                     CIVIL ACTION

VERSUS

LOUIS DEJOY                                                         NO. 20-00825-BAJ-RLB

## RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 8),** recommending that the Court dismiss Plaintiff's Complaint without prejudice for failure to serve and failure to prosecute pursuant to Federal Rule of Civil Procedure 4 and Local Rule 41(b)(1)(A). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Complaint, the Report and Recommendation, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that the above-captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to serve and failure to prosecute pursuant to Federal Rule of Civil Procedure 4 and Local Rule 41(b)(1)(A).

Baton Rouge, Louisiana, this 13th day of October, 2021

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA